People of State of Illinois ex rel. Zada T. Templeton, Meryl Haberman, Maureen Lang and Jeannette Eppley, Appellants, v. Board of Education of Township High School, District Number 201, Cook County, Illinois et al., Appellees.

Gen. No. 45,301.

Heard in the first division, first district, this court at the October term, 1950. John Ligtenberg, for appellants; James C. Soper, and Richard F. McPartlin, Jr., for appellees. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full. Opinion filed December 10, 1951; rehearing denied January 7, 1952; released for publication January 7, 1952.